UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN CARLOS AGUILAR-LAMUS,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX; et al.,

Respondents.

No.  1:26-cv-3093-TLN-DMC-HC

ORDER

Petitioner, who is proceeding with retained counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order. See ECF Nos. 1 and 3. This proceeding was referred to the undersigned pursuant to Eastern District of California Local Rule 302 and 28 U.S.C. § 636(b)(1). The District Judge granted the motion for temporary restraining order, ordering Petitioner's release. See ECF No. 6. Respondents have filed a notice of compliance indicating that Petitioner was released from detention on April 24, 2026.  See ECF No. 8

Pursuant to 28 U.S.C. § 2243, the Court will order Respondents to file a response or motion to dismiss within 60 days from the date of this order.  See 28 U.S.C. § 2243.  Petitioner may file a reply/traverse to the answer or opposition to a motion to dismiss within 30 days after being served a copy of it.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Respondents are directed to file an answer or motion to dismiss within 60 days. Respondents shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

2.      Petitioner's reply or opposition, if any, is due on or before 30 days from the date Respondents' response is filed.

Dated:  April 24, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE