UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CARLOS AGUILAR-LAMUS,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX; et al.,<br>Respondents. | No. 1:26-cv-3093-TLN-ICD-HC<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Petitioner, a former immigration detainee proceeding with counsel, filed an application for a writ of habeas corpus under 28 U.S.C. § 2241, along with a motion for a temporary restraining order. ECF Nos. 1, 3. On April 23, 2026, the District Judge granted the motion for temporary relief, ordering:

> Respondents are ORDERED TO IMMEDIATELY RELEASE FROM DETENTION FACILITY Petitioner under the same conditions he was released prior to his current detention. At the time of release, Respondents must return all of Petitioner's documents and possessions. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing. Respondents may apply to the Court for modification or dissolution of the TRO on two days' notice to Petitioner. Fed. R. Civ. P. 65(b)(4). The bond requirement of Fed. R. Civ. P. 65(c) is waived.

ECF No. 6 (Minute Order).

The matter was then referred to the undersigned for further proceedings.

In their response to the habeas petition, Respondents state that "Petitioner entered the United States illegally. Petitioner is thus an 'applicant for admission' who is subject to mandatory detention by ICE under 8 U.S.C. § 1225(b)(2)." ECF No. 9 at 1.

The undersigned has evaluated the petition, the parties' arguments, and the record in this case. The Court finds, for the reasons addressed in the District Judge's order, ECF No. 6, and under Ninth Circuit authority, that Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a). See Rodriguez Vazquez v. Bostock, 183 F.4th 1160, 1165 (9th Cir. 2026) (holding that "aliens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)."). The undersigned further finds that Petitioner's detention without notice or a pre-deprivation bond hearing violated the Due Process Clause of the Fifth Amendment. Therefore, the undersigned recommends that the petition be granted.

Based on the foregoing, the undersigned RECOMMENDS that:

1. The petition for writ of habeas corpus (ECF No. 1) be GRANTED; and
2. The terms of the temporary restraining order (ECF No. 6) be made permanent as a preliminary injunction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within 7 days after being served with these findings and recommendations, any party may file written objections with the Court. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 28, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE